IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § § | CHAPTER 11 |
| NPC International, Inc. | § § § | Case No. 20-33353-DRJ |
| Debtor. | § § § | |

| | | |
|---|---|---|
| REPUBLIC-VANGUARD INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Adv. Proc. No. 22-03042 |
| NPC INTERNATIONAL, INC., the NPC INTERNATIONAL GUC TRUST, JACOB ROE and BAILEY DORNEMANN | § § § § § | |
| Defendants. | § | |

## AGREED MOTION TO APPOINT MEDIATOR

The Parties to this adversary proceeding have agreed to mediate the case with the Honorable Marvin Isgur, United States Bankruptcy Judge for the Southern District of Texas. Accordingly, the Parties move the Court to enter the proposed order annexed hereto as Exhibit A approving the appointment of Judge Isgur as mediator in this case.

1

Dated: April 13, 2023
New York, New York

      */s/ Eric R. Wilson*
Eric R. Wilson, Esq.  (admitted *pro hac vice*)
Jason R. Adams, Esq. (admitted *pro hac vice*)
Maeghan J. McLoughlin, Esq. (admitted *pro hac vice*)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800
Fax:  (212) 808-7897
Email:  ewilson@kelleydrye.com
        jadams@kelleydrye.com
        mmcloughlin@kelleydrye.com

*Counsel to the NPC International GUC Trust*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel to the plaintiff and the defendants and they are in agreement with the proposed order.

      */s/ Eric R. Wilson*
Eric R. Wilson, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2023, a true and correct copy of this Motion was served on all parties registered to receive ECF notification in the above captioned adversary proceeding.

      */s/ Eric R. Wilson*
Eric R. Wilson, Esq.